**No. 09-8881. Joe Castilleja, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1751, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2239.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 350 Fed. Appx. 148.

**No. 09-8889. Oscar Villicana-Ibarra, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2250.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 658.

**No. 09-8890. Charles Robert Barefoot, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2329.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 326 Fed. Appx. 199.

**No. 09-8897. Juan M. Perez Cardenas, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2219.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 569 F.3d 1263.

**No. 09-8899. Chris Coleman, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2217.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 584 F.3d 1121.

**No. 09-8912. John Tibbs, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2223.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8916. Roberto Aguilera-Soto, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1752, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2247.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 899.

**No. 09-8921. Eric T. Franklin, Petitioner v. United States.**

559 U.S. 998, 130 S. Ct. 1753, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2305.

March 8, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 09-627. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Petitioner v. Eric Lynn Moore.**

559 U.S. 998, 130 S. Ct. 1736, 176 L. Ed. 2d 222, 2010 U.S. LEXIS 2238.

March 8, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 342 Fed. Appx. 65.